# In the United States Court of Federal Claims

No. 18-1059C

(E-Filed: February 6, 2020)

|  |  |
|---|---|
| ALLEN H. MONROE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

ORDER

    On February 4, 2020, plaintiff filed an unopposed motion to dismiss his case. See ECF No. 29. Plaintiff's case was decided to his satisfaction by the Air Force Board for Correction of Military Records. Id. at 2. On this basis, in accordance with Rule 52.2(d) of the Rules of the United States Court of Federal Claims (RCFC), plaintiff requested that the court dismiss this case with prejudice. Id. at 3.

    For good cause shown, plaintiff's unopposed motion to dismiss is **GRANTED**. The clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's complaint with prejudice, pursuant to RCFC Rule 52.2(d).

    IT IS SO ORDERED.

                                                      s/Patricia E. Campbell-Smith
                                                      PATRICIA E. CAMPBELL-SMITH
                                                      Judge